UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRED H. ISAACSON,

        Plaintiff,

        v.

KAREN DANIELS *et al*.,

        Defendants.

Case No. C05-5497FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is **DISMISSED WITHOUT PREJUDICE** for the reasons outlined in the Report and Recommendation.

    (3)    Clerk is directed to send copies of this Order to counsel for plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

    DATED this 19th day of December 2005.

                      */s/ Franklin D. Burgess*
                        FRANKLIN D. BURGESS
                        UNITED STATES DISTRICT JUDGE